




Exhibit D