DR-HO'S

DeCompression Back Belt™

Expandable back traction belt for the relief of symptoms of low back pain

Ho Physio De-Stress Belt

MODEL DBB 3000

DOCTOR RECOMMENDED

Exhibit E